UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SWEETNERS PLUS, LLC,

                Plaintiff,

-v-

MARK RUDOLPH, *et al.*,

                Defendants.

25-CV-6845 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On August 29, 2025, Plaintiff filed a motion for a preliminary injunction and expedited discovery. (ECF No. 15.) On September 9, 2025, Plaintiff served true and correct copies of the summons, complaint, and motion for preliminary injunction on Defendants. (ECF No. 19.) However, counsel for Defendants have not appeared in the case or responded to Plaintiff's motion.

    Accordingly, the Court orders that any response to Plaintiff's motion for preliminary injunction and expedited discovery be filed no later than October 10, 2025. Counsel for Plaintiff is directed to provide a copy of this order to Defendants' counsel by email and by mail no later than close of business on October 3, 2025.

    SO ORDERED.

Dated: October 3, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge