UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SWEETENERS PLUS, LLC,

                              Plaintiff,

                    -v-

MARK RUDOLPH, *et al.*,

                              Defendants.

25-CV-6845 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On March 10, 2026, Defendant Derrick Wolfe Trucking ("DWT") filed a letter motion seeking leave to file a motion to quash subpoenas that Plaintiff Sweeteners Plus ("ingredientsPLUS") sent to non-parties Indiana Sugars and Baldwin Richardson Foods. (ECF No. 73.) ingredientsPLUS opposes the motion. (ECF No. 74.)

DWT argues that the information sought in the subpoenas includes information related to DWT's proprietary information and is therefore not discoverable. (ECF No. 73 at 2.) But ingredientsPLUS points out that the protective order in this case (ECF No. 70) applies to any information produced in response to the subpoenas and adequately protects confidential information. (ECF No. 74 at 2-3.) The Court agrees that the safeguards in the protective order are sufficient to protect DWT from competitive harm resulting from disclosures in response to the subpoenas.

Accordingly, DWT's letter motion is DENIED. The Clerk of Court is directed to close the motion at Docket Number 73.

SO ORDERED.

Dated: March 20, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge